IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MARLIN ARD,**

          Plaintiff,

   v.

**HILARY BOYD et al.,**

          Defendants.

No. 3:22-cv-01421-MO

JUDGMENT

**MOSMAN, J.,**

    Based on the Orders of the Court [ECF 73, 74, 79], IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice as to the claims against Defendants the State Bar of Oregon, Oregon State Bar Disciplinary Board, Mark Turner, Courtney Dipple, Rebecca Salwin, Hillary Boyd, Davis Rothwell Earle & Xochihua PC, Oregon Supreme Court Chief Justice Martha Walters and Justices Rebecca Duncan, Christopher Garrett, Adrienne Nelson, Lynn Nakamoto, Meagan Flynn, and Thomas A. Balmer. This action is DISMISSED without prejudice as to the claims against Defendants Merry Ann Moore, Rob Corrigan, and Judge Jolie A. Russo. Pending motions, if any, are DENIED AS MOOT.

    DATED this <u>24th</u> day of February, 2023.

*Michael W. Mosman*
MICHAEL W. MOSMAN
Senior United States District Judge

1 – JUDGMENT